IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH C JENKINS,

    Plaintiff,

v.                                            CASE NO. 1:06-cv-00016-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Administrative Law Judge, and the commissioner's denial of benefits which it affirmed, be reversed and remanded. The time for filing objections has passed, and none have been filed.

The Court agrees with the Magistrate Judge that the Administrative Law Judge erred in finding that plaintiff suffered only mild or no restrictions without explaining why he rejected the moderate limitations found by Dr. Zelenka.[1] None of Plaintiff's treating physicians found all of his mental restrictions to be mild, and Dr. Zelenka found Plaintiff to be moderately limited in maintaining concentration, persistence and pace, and moderately limited in his ability to

---

[1] The doctor signed his report with the last name "Zelenka" R. 396, Exh. 10F, and so the Court uses that name here. He is called "Zelenak" by the Administrative Law Judge and both "Zelenak" and "Zelenko" by the Magistrate Judge.

complete a normal work day and to set realistic goals.  Because the Administrative Law Judge failed to explain why Dr. Zelenka's opinion was rejected, it is hereby

   **ORDERED AND ADJUDGED:**

   1. The Report and Recommendation is adopted and incorporated herein.

   2. The decision of the Commissioner denying benefits is REVERSED, and this cause REMANDED for further developments by the Administrative Law Judge, including but not limited to, reconsideration and reformulation of Plaintiff's RFC and additional testimony by a vocational expert in response to hypotheticals which include the moderate mental limitations found by Dr. Zelenka.

   **DONE AND ORDERED** this  *25th*   day of September, 2007

             *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge